# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                      )
                                            )
STATTER, DANNY EARL          )    Case No. 6:11-bk-02752-ABB
                                            )    Chapter 7
                  Debtor         )

## MOTION ALLOWING CLAIM NO 4
## AS SECURED CLAIM AND DETERMINING RIGHT TO DISTRIBUTION

The Trustee, Richard B. Webber II, hereby moves for the entry of an Order Allowing Claim No. 4 as a secured claim and determining that the secured portion is not entitled to distribution. The SunTrust Bank filed a secured claim (Claim No. 4) in the amount of $927.35. The claimant did not obtain a determination of secured status pursuant to the provisions of Section 506 of the Bankruptcy Code for the secured portion of the claim. In addition, the Trustee did not liquidate the collateral.

The Trustee therefore prays that the court will enter an Order allowing $927.35 of Claim No. 4 as secured claim and determining that the secured portion of the claim is not entitled to distribution.

Dated this 6th day of July, 2011.

/s/ Richard B. Webber II, Trustee
Richard B. Webber II, Trustee
PO Box 3000
Orlando FL 32802-3000
Telephone (407) 425-7010

Copies Furnished To:
Richard B. Webber II, Trustee, PO Box 3000, Orlando FL 32802-3000
United States Trustee's Office, 135 West Central Blvd., Suite 620, Orlando, Florida 32801
Danny Earl Statter, 2552 Sedgefield Avenue, Deltona, FL 32725
David E Abeles, Abeles Baldwin & Associates, 5 West Highbanks Road, Debary FL 32713
SunTrust Bank, Attn:Support Services, PO BOX 85092, Richmond, VA 23286