UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                )
                                                      )
STATTER, DANNY EARL              )    Case No. 6:11-bk-02752-ABB
                                                      )    Chapter 7
                    Debtor            )

## ORDER ALLOWING SECURED CLAIM NO. 4

Based upon the facts set forth in the Motion Allowing Secured Claim No. 4 (Doc. No. 21) filed on July 06, 2011, the Court hereby grants the Motion. Accordingly, $927.35 of Claim No. 4 is allowed as secured, and the claimant, SunTrust Bank, is not entitled to Distribution under Section 726 of the Bankruptcy Code as to the secured portion of claim.

Pursuant to F.R.B.P. 3008, the claimant may move for reconsideration of this Order within 30 days from the date of service of notice of the entry of this order. If the claimant files such a motion within this time period, the court will reconsider the matter and schedule the Trustee's motion for hearing on notice to the claimant.

DONE AND ORDERED on July 8, 2011.

Arthur B Briskman
United States Bankruptcy Judge

Copies Furnished To:
Richard B. Webber II, Trustee, PO Box 3000, Orlando FL 32802-3000
United States Trustee's Office, 135 West Central Blvd., Suite 620, Orlando, Florida 32801
Danny Earl Statter, 2552 Sedgefield Avenue, Deltona, FL 32725
David E Abeles, Abeles Baldwin & Associates, 5 West Highbanks Road, Debary FL 32713
SunTrust Bank, Attn:Support Services, PO BOX 85092, Richmond, VA 23286