UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

DANNY EARL STATTER,                        Case No.: 6:11-bk-02752-ABB

      Debtor.
_____/

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the court will consider this paper without further notice of hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 West Central Boulevard, Suite 950, Orlando, FL 32801 and serve a copy on the trustee Richard B. Webber at P.O. Box 3000, Orlando FL 32802.**

**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper and the property shall be deemed to be abandoned without further notice or hearing.**

---

REPORT AND NOTICE OF ABANDONMENT

  TO:        ALL INTERESTED PARTIES
  FROM:      RICHARD B. WEBBER, TRUSTEE

      PURSUANT TO SECTION 554, BANKRUPTCY CODE, F. R. B. P. 6007 AND ALL APPLICABLE LOCAL BANKRUPTCY RULES. NOTICE IS HEREBY GIVEN OF THE ABANDONMENT OF THE FOLLOWING DESCRIBED REAL PROPERTY:

    Lot 18 Brother's Welcome Airpark, a subdivision according to plat thereof recorded in Plat Book 5, Page 56, public records of Columbia County, Florida.

    Subject to Restriction(s) as recorded in Official Records Book 566, Page 676 and re-recorded in Official Records Book 567, Page 300 and Amended in O.R. Book 633, Page 157, public records of Columbia County, Florida.

    Restrictions, conditions, reservations, easements, taxiway easement and other matters common to the subdivision or shown on the map or plat thereof recorded in Plat Book 5, Page 56, but omitting any covenant or restriction based on race, color, religion, sex, handicap, familial status or national origin.

Roads in subdivision are private and subject to maintenance fees.

Subject to dues and assessments in the Brother's Welcome Homeowner's Association.

Easement granted to Clay Electric Cooperative by instrument recorded in O.R. Book 570, Page 347.

Subject to terms and conditions of membership in Brothers Welcome Airpark for dues and assessments.

Special Warranty Deed in favor of Brothers Welcome Homeowners Association recorded in O.R. Book 567, Page 242.

Easement granted to Brothers Welcome Homeowners Association by instrument recorded in O.R. Book 648, Page 147 and O.R. Book 714, Page 70.

Easement granted to Cannon Creek Airpark by instrument from Brothers Welcome Homeowners Association recorded in O.R. Book 761, Page 2271.

Reservation of easement on Warranty Deed recorded in O.R. Book 649, Page 432.

Parcel ID No 12-4S-16-02935-020

THE PROPERTY IS BEING ABANDONED FOR THE FOLLOWING REASONS:

1. The property is subject to a perfected first priority mortgage held by Peoples State Bank. The Debtor owes $35,453.10 on the mortgage.

2. The current value of the property is approximately $41,148.00.

2. The property contains no or nominal value to the estate when the cost of liquidation and the amount of the mortgage lien are taken into consideration.

I HEREBY CERTIFY that a true and correct copy of the foregoing Report and Notice of Abandonment has been sent electronically or by U.S. Mail, First Class, Postage Pre-paid this 8th day of August, 2011, to: All creditors and interested parties on the attached mailing matrix.

/s/ Richard B. Webber
Richard B. Webber, Trustee
Florida Bar No.: 608394
Post Office Box 3000
Orlando, FL 32802

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-02752-ABB<br>Middle District of Florida<br>Orlando<br>Mon Aug  8 13:46:42 EDT 2011 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Danny Earl Statter<br>2552 Sedgefield Avenue<br>Deltona, FL 32725-2242 | CANDICA L.L.C.<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 |
| Cannon Creek Airport<br>Suite 101<br>2409 SW Sister's Welcome Rd<br>Lake City, FL 32025-2920 | Card Services<br>PO Box 8833<br>Wilmington DE 19899-8833 | Chase<br>Cardmember Services<br>PO Box 15153<br>Wilmington DE 19886-5153 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Columbia City Tax Collector<br>135 NE Hernando Ave #125<br>Lake City FL 32055-4004 | Columbia Cty Tax Collector<br>135 NE Hernando Ave #125<br>Lake City, FL 32055-4004 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Juniper Card Services<br>PO Box 13337<br>Philadelphia PA 19101-3337 |
| PYOD LLC its successors and assigns as assig<br>Citibank, NA, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Peoples State Bank<br>350 SW Main Blvd<br>Lake City FL 32025-5267 | Sears<br>PO Box 183082<br>Columbus OH 43218-3082 |
| SunTrust Bank<br>Attn:Support Services<br>PO BOX 85092<br>Richmond, VA 23285-5092 | SunTrust Bank<br>CLS Monetary<br>PO Box 305008<br>Nashville TN 37230-5008 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 |
| Wells Fargo Card Services<br>PO Box 6412<br>Carol Stream IL 60197-6412 | United States Trustee - ORL7 +<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | David E Abeles +<br>Law Office of David E Abeles, LLC<br>5 West Highbanks Road<br>DeBary, FL 32713-2863 |
| Richard B Webber, Trustee +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Arthur B. Briskman<br>Orlando | (d)Card Services<br>PO Box 8833<br>Wilmington, DE 19899-8833 | (d)Chase<br>Cardmember Services<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| (d)Juniper Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | (d)Peoples State Bank<br>350 SW Main Blvd<br>Lake City, FL 32025-5267 | (d)Sears<br>PO Box 183082<br>Columbus, OH 43218-3082 |
| (d)SunTrust Bank<br>CLS Monetary<br>PO Box 305008<br>Nashville, TN 37230-5008 | (d)Wells Fargo Card Services<br>PO Box 6412<br>Carol Stream, IL 60197-6412 | End of Label Matrix<br>Mailable recipients    24<br>Bypassed recipients     8<br>Total                  32 |